**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7859

EARVIN SMITH,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER STUBBLEFIELD, Security/
Jailer,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-98-1399-2)

Submitted:  March 25, 1999        Decided:  March 31, 1999

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Earvin Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Earvin Smith appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint without prejudice for failure to exhaust his administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Smith v. Stubblefield, Corr. Officer</u>, No. CA-98-1399-2 (E.D. Va. Dec. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2